UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | File No. 20-cv-2653 (ECT/KMM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Nathaniel Williams, | |
| Respondent. | |

Magistrate Judge Katherine Menendez issued a Report and Recommendation on May 14, 2021. ECF No. 31. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 31] is **ACCEPTED**; and

2. The Government's Petition to Determine Present Mental Condition of an Imprisoned Person under 18 U.S.C. § 4245 [ECF No. 1] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 8, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court